■ CARLO BIANCHI AND COMPANY, INC., Appellant, v. STATE OF NEW YORK, Respondent.— On the oral presentation made and the additional briefs filed on this motion for reargument there has been in effect a reargument. The court has reconsidered the case and adheres to its prior decision. Motion denied, without costs. Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.

## FOURTH DEPARTMENT, OCTOBER, 1962

## (October 18, 1962)

■ SYLVIA S. KLETTER, Appellant, v. GEORGE KLETTER, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term denying plaintiff's motion *inter alia* to set aside a stipulation and to modify the judgment of separation in this action.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT COHEN, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Jefferson County Court, convicting defendant of criminally buying and receiving stolen property.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. KNISELEY, Appellant.— Order unanimously affirmed. (Appeal from order of Oneida County Court denying a motion to vacate a judgment of conviction for burglary, second degree, on April 11, 1959.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. MUELLER, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying a motion to vacate a judgment of conviction for burglary, third degree, on June 3, 1959.) Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER COLUMBUS NELSON, JR., Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying a motion to vacate a judgment of conviction on December 29, 1959 for burglary third degree, without a hearing.) Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD THOMAS, Appellant.— Order unanimously affirmed. (Appeal from order of Erie Supreme Court denying a motion to vacate a judgment of conviction for robbery, first degree, without a hearing.) Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.